**Order entered August 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00723-CV

## IN THE INTEREST OF M.N.M., A CHILD

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 87539-CC**

## ORDER

Before the Court is appellant's August 25, 2014 motion to supplement the clerk's and reporter's records and to extend the time to file a brief. Appellant requests that the clerk's record be supplemented with six documents. Four of these documents are already in the clerk's record or supplemental clerk's record as follows:

1.  March 18, 2014 letter from Pamela Martinez-Tovar at page 334 of the clerk's record;

2.  March 27, 2014 letter from Pamela Martinez-Tovar at page 335 of the clerk's record;

3.  November 21, 2013 Family Service Plan at page 230 of the clerk's record; and

4.  July 1, 2014 Nunc Pro Tunc Order of Termination at page 35 of the supplemental clerk's record.

Accordingly, we **DENY** appellant's motion with respect to the above-listed documents. These documents are in the clerk's record and supplemental clerk's record on file.

In all other respects, we **GRANT** appellant's motion as follows: We **ORDER** Rhonda Hughey, Kaufman County District Clerk, to file, **ON OR BEFORE SEPTEMBER 5, 2014**, a supplemental clerk's record containing the following two documents:

1.      June 4, 2014 Motion for Entry of Order Nunc Pro Tunc; and

2.      July 28, 2014 Placement Review Report.

We **ORDER** Official Court Reporter Scott Smith to file, **ON OR BEFORE SEPTEMBER 5, 2014**, a supplemental reporter's record containing all the exhibits offered at trial.

We **ORDER** appellant to file her brief **ON OR BEFORE SEPTEMBER 15, 2014**. We **CAUTION** appellant that no further extension of time will be granted in this accelerated appeal.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Honorable Dennis Jones, Judge of County Court at Law No. 1 of Kaufman County, Rhonda Hughey, Scott Smith, appellant, and counsel for appellee.


/s/     ADA BROWN
        JUSTICE